**Appeal Dismissed and Memorandum Opinion filed November 8, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00885-CR

---

**BRYCE GRANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1556234**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to theft. Appellant and the State agreed that appellant's punishment would not exceed confinement in prison for more than 180 days. In accordance with the terms of this plea bargain agreement with the State, the trial court sentenced appellant to confinement for 180 days in the Institutional Division of the Texas Department of Criminal Justice.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. See Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Accordingly, we dismiss this appeal.

PER CURIAM

Panel consists of Justices Boyce, Christopher, Jewell.
Do Not Publish – Tex. R. App. P. 47.2(b)